FILED
RICHARD W. NAGEL
CLERK OF COURT

2024 MAY 22 PM 4:04

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. **1:24CR 056** |
| Plaintiff, | |
| v. | JUDGE **J. HOPKINS** |
| | **INDICTMENT** |
| BRIAN BRADLEY, | |
| | 18 U.S.C. § 922(o) |
| | 26 U.S.C. § 5861(d) |
| Defendant. | |

**THE GRAND JURY CHARGES:**

### COUNT 1
### (Illegal Possession of a Machinegun)

On or about May 7, 2024, in the Southern District of Ohio, the defendant, **BRIAN BRADLEY**, did knowingly possess a machinegun, as defined in 18 U.S.C. § 921(a)(23), that is, 4 machinegun conversion devices with no manufacturer marks or serial numbers.

**In violation of Title 18, United States Code, Sections 922(o), 921(a)(23), and 924(a)(2).**

### COUNT 2
### (Receipt or Possession of Unregistered Firearm)

On or about May 7, 2024, in the Southern District of Ohio, the defendant, **BRIAN BRADLEY**, knowingly received and possessed a firearm, that is 46 firearms silencers, not registered to him in the National Firearms Registration and Transfer Record.

**In violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.**

## FORFEITURE ALLEGATION

Upon conviction of the offense set forth in Count 2 of this Indictment, the defendant, **BRIAN BRADLEY**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in such violation including, but not limited to, a firearms silencer.

A TRUE BILL

/S/

**GRAND JURY FOREPERSON**

**KENNETH L. PARKER**
**UNITED STATES ATTORNEY**

*Ashley N. Brucato*
**ASHLEY N. BRUCATO**
**ASSISTANT UNITED STATES ATTORNEY**